**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE: PARAGARD IUD PRODUCTS
LIABILITY LITIGATION

This document relates to:
 ALEXIS OWINGS

                    MDL DOCKET NO. 2974

                    1:20-md-2974

                  Plaintiff,          CIVIL ACTION FILE

vs.                                   NO. 1:23-cv-05796

TEVA PHARMACEAUTICALS USA, INC., et
al,

                  Defendants.

**J U D G M E N T**

This action having come before the court, Honorable Leigh Martin May, United States

District Judge, for consideration, it is

**Ordered and Adjudged** that the action be **DISMISSED WITH PREJUDICE** for

Plaintiff's failure to comply with lawful Orders of the Court.

Dated at Atlanta, Georgia, this 15th day of July, 2026.

                          KEVIN P. WEIMER
                          CLERK OF COURT

                    By:    s/C. Pollard
                           Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
July 15, 2026
Kevin P. Weimer
Clerk of Court

By: s/C. Pollard
       Deputy Clerk